IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 3:08-CR-158HTW-LRA

JANICE SINGLETON

### ORDER

Before the court is the request of the defendant Janice Singleton to be permitted to self-report to the Federal Correctional Institute at Marianna, Florida, on Thursday, October 29, 2009, at 2:00 PM, and this court, having been advised by counsel for the defendant that the defendant must be present for a state court plea which will be completed before the reporting date, finds the request well taken and the same is granted.

SO ORDERED this the 27th day of October, 2009.

_____
CHIEF UNITED STATES DISTRICT JUDGE